Clark County, Ohio
**FILED**

FEB 21 2025

Common Pleas Court
Melissa M. Tuttle, Clerk

IN THE COURT OF COMMON PLEAS
CLARK COUNTY, OHIO

**ANGELA ZARAGOZA**
1352 Titus Road
Springfield, Ohio 45502
      a
      Plaintiff,

vs.

**AUTO-OWNERS INSURANCE CO.**
Serve: Any Agent
6101 Anacapri Boulevard
Lansing, Michigan 48917

      Defendant.

**25CV153**

**COMPLAINT – OTHER CIVIL**

**PLAINTIFF(S)' FIRST SET OF**
**INTERROGATORIES AND REQUEST**
**FOR PRODUCTION OF DOCUMENTS**
**PROPOUNDED TO DEFENDANT(S)**

---

Now comes the Plaintiff, by and through counsel, and for her complaint against the

Defendant hereby states the following:

**COUNT I**

1.   On or about December 18, 2024, Plaintiff Angela Zaragoza owned a property on

     1352 Titus Road, in the City of Springfield, Clark County, Ohio.

2.   At or about that time, the property incurred damage from a weather event.

3.   Defendant Auto-Owners Insurance Company (hereinafter "Auto-Owners") is an

     insurance company doing business in Ohio and has been doing business at all relevant

     times herein stated.

4.   Plaintiff Angela Zaragoza states that said property was covered under an insurance

     policy issued by Defendant Auto-Owners on the date of the above-described accident.

     A copy of this policy is not attached because the same is in Defendant Auto-Owners's

     possession.

1

<span style="color:red">EXHIBIT A</span>

5.      Plaintiff states that pursuant to the homeowners and/or property policy issued by the Defendant Auto-Owners, Plaintiff has coverage for damage to the property.

6.      Plaintiff states that Plaintiff has made a claim against Defendant Auto-Owners and the claim has not been resolved at this time.

WHEREFORE, Plaintiff Angela Zaragoza demands judgment against Defendant Auto-Owners Insurance Company in an amount in excess of $25,000, plus their costs incurred herein and any other relief the court deems proper.

Respectfully Submitted,

/S/ T. Tod Mollaun
T. Tod Mollaun      (0072216)
HORENSTEIN, NICHOLSON & BLUMENTHAL, L.P.A.
Attorney for Plaintiff(s)
124 East Third Street, Fifth Floor
Dayton, Ohio 45402
Telephone:    (937) 224-7200
Facsimile:     (937) 224-3353
Email: tmollaun@hnb-law.com


/S/ L. Fred Sommer
L. Frederick Sommer III (0070911)
HORENSTEIN, NICHOLSON & BLUMENTHAL, L.P.A.
Attorney for Plaintiff(s)
124 East Third Street, Fifth Floor
Dayton, Ohio 45402
Telephone:    (937) 224-7200
Facsimile:     (937) 224-3353
Email: LFSommer@hnb-law.com

## REQUEST FOR SERVICE

**TO THE CLERK OF COURTS:**

Please serve the foregoing documents upon Defendants in accordance with the Ohio Rules of Civil Procedure and the Local Rules, at the addresses listed in the caption of the Complaint:

/S/T. Tod Mollaun
T. Tod Mollaun (0072216)

## NOTE TO RECEIPIENT

Attached to this Complaint are Plaintiff's First Set of Interrogatories and Request for Production of Documents. If you would like to receive these documents via electronic mail, please contact the undersigned attorney.

/S/T. Tod Mollaun
T. Tod Mollaun (0072216)

3

**IN THE COURT OF COMMON PLEAS
CLARK COUNTY, OHIO**

ANGELA ZARAGOZA           :     Case No.:   **25 CV 153**

                          Clark County, Ohio    **Judge:**

             **Plaintiff,**     **FILED :**

                         FEB 2 1 2025

**vs.**              Common Pleas Court

AUTO-OWNERS INSURANCE CO.  Melissa M. Tuttle, Clerk  **PLAINTIFF'S FIRST SET
:          OF INTERROGATORIES AND
:          REQUEST FOR PRODUCTION OF
:          DOCUMENTS PROPOUNDED TO
:          DEFENDANT AUTO-OWNERS**

            **Defendant.**    :     **INSURANCE COMPANY**

---

The following interrogatories and requests for production of documents are submitted

herewith to you to be answered, under oath, within twenty-eight (28) days after the date of

service.

**INSTRUCTIONS AND DEFINITIONS**

All information is to be divulged in writing, under oath, which is in your possession or

control, or within the possession or control of your attorneys, investigators, agents, employees, or

other representatives of you or your attorney or insurance company to T. Tod Mollaun, 124 East

Third Street, Fifth Floor, Dayton, Ohio 45402.

You are reminded that all answers must be made separately and fully and that an

incomplete or evasive answer is a failure to answer.

You are under a continuing duty to seasonably supplement your responses with respect to

any question directly addressed to you, and to correct any responses which you know or later learn

are incorrect.

As used herein, a "document" or "documents" means any kind of written or graphic

material, however produced or reproduced, or any kind or description, whether sent or received or

4

neither, including originals, copies and drafts and both sides thereof, and including, but not limited to, papers, books, accounts, letters, photographs, videos, objects, correspondence, telegrams, cables, telex messages, memoranda, notes, notations, work papers, transcripts, affidavits, minutes or reports of telephone or other conversations, or of interviews, conferences, or of meetings, inter- or intra-company communications, resolutions, certificates, opinions, reports, studies, analyses, evaluations, contracts, licenses, agreements, cancelled checks, ledgers, journals, books or records of account, summaries of accounts, balance sheets, interim statements, budgets, receipts, invoices, desk calendars, appointment books, diaries, lists, tabulations, summaries, sound recordings, computer tapes, magnetic tapes, microfilm or microfiche, punch-cards, and all other records kept by Defendant(s) and anything similar to the foregoing.

As used herein, a request to "identify" a writing or document shall be deemed as a request to furnish a description of the document, including its subject matter, the names of the parties who prepared and received it, its date, and any identifying number or code, and to furnish the name of the present custodian of the document and the date that the present custodian of the document and the date that the present custodian of the document obtained possession of that document. In lieu of identifying a document in the detail requested, a copy of the document may be attached to the answers of these interrogatories, provided that any of the aforementioned identifying information not appearing on the face of the document is specifically stated in the answers.

As used herein, a request to "identify" a natural person shall be deemed as a request for that person's name, current address and telephone number, and the name, address, phone number, and email address and telephone number of that person's current employer or business if known.

As described herein, the term "describe in detail" means describe fully by reference to the underlying facts and particularize as to date, place and the identity of the persons involved.

5

If you would like to receive the Interrogatories and Requests for Production of Documents via electronic mail, please contact the undersigned attorney.

## FIRST SET OF INTERROGATORIES

1. Identify each person answering or assisting in answering the following interrogatories.

ANSWER:

2. State the current address, phone number, and email address of any person identified in Interrogatory No. 1.

ANSWER:

3. Was Plaintiff Angela Zaragoza and/or the property described in the complaint insured by Auto-Owners Insurance Company under homeowners or other type of property insurance at the time of the incident which is the subject of this action?

ANSWER:

4. If Plaintiff and/or the property was insured by your firm at the time of the incident which is subject of this action, what were the coverage limits per occurrence for the following?

ANSWER:

5. If you claim any defenses to this action, please state in detail all the facts upon which you base said defense.

ANSWER:

6. If any photos, videos, or other recordings were taken by you or your agents of the scene of the incident, buildings, or of the parties which is the subject matter of this action, please state the current whereabouts of said photos or videos. Production of these documents must be identified and produced well prior to any deposition of the Plaintiff in order for Plaintiff and Plaintiff's counsel to review to ensure true and accurate testimony. Plaintiff will not agree to any deposition without these materials being first produced and later supplemented before the deposition including surveillance video by private investigators (condition precedent).

ANSWER:

7. If any reports or statements were obtained by you or your agents in connection with the incident which is the subject matter of this accident, please state the names, addresses, email addresses, and phone numbers of each person from whom a statement was obtained.

ANSWER:

8. If any reports, appraisals, estimates, or statements were obtained by you or your agents, including independent persons or entities, in connection with incident which is the subject matter of this action, please state the names, phone numbers, email addresses, and addresses of each person(s) currently in possession of said statement or reports.

ANSWER:

7

9.    Please state in detail how the incident which is the subject matter of this action happened.

ANSWER:

10.    Please identify, by names, addresses, phone numbers, and email addresses of each witness you intend to call at the trial or any other proceedings of this action, including experts, and provide a brief summary of each said witness' anticipated testimony.

ANSWER:

11.    If you claim to have advanced any payment to or on behalf of the Plaintiff(s), please state the amount of such payment(s), the date of such payment(s), and to whom such payment(s) was made.

ANSWER:

12.    If you claim to have advanced any payment to or on behalf of the Plaintiff(s), please state under which type of coverage or policy the payment was made (ex. property damage).

ANSWER:

13.    If you claim to have subrogation, indemnification, reimbursement, or other rights in this matter, please state the amount you are claiming and the basis for those rights.

ANSWER:

15.    If you are denying any part of Plaintiff's insurance claim, please state the specific grounds for each denial and cite the specific insurance policy provision that supports the denial(s).

ANSWER:

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    Any and all photographs, videos, or other recordings which relate to the incident that is the subject of this lawsuit, including photographs, videos, and recordings of the property, scenes, and parties involved. Production of these documents must be identified and produced well prior to any deposition of the Plaintiff in order for Plaintiff and Plaintiff's counsel to review to ensure true and accurate testimony. Plaintiff will not agree to any deposition without these materials being first produced and later supplemented before the deposition including surveillance video by private investigators (condition precedent).

RESPONSE:

9

2.    All documents which Defendant intends to introduce at trial, arbitration, deposition, or other court proceedings on the merits of this case.

RESPONSE:


3.    Any other documents not previously referred to in this Request for Production which refer, pertain or relate to Plaintiff's claims or any Defendants' defense.

RESPONSE:


4.    A copy of the Plaintiff's policy of insurance including the declaration page.

RESPONSE:


5.    All documents which pertain, refer or relate to or contain written reports, statements, appraisals, estimates, or opinion letters made by any expert which Defendant or Defendant's counsel has responded or conferred with.

RESPONSE:


6.    A copy of the entire file of the Defendant Auto-Owners regarding this claim including, but not limited to, statements, records, bills, correspondence, pictures, estimates, policy, notes and evaluations conducted by Defendant Auto-Owners's employees, including but not limited to, adjusters, case managers, and claims specialists. If any of these materials are not produced, please disclose which of these materials are not disclosed, the reason they are not disclosed (ex. Attorney work product, attorney-client privilege), and the names, addresses, phone

numbers, and email addresses of those persons and entities that are the current keepers of the undisclosed materials.

RESPONSE:


7.      If you claim to have subrogation, indemnification, reimbursement, or other rights in this matter, please provide all documents and things that support your claim to the amount you are claiming and the basis for those rights.

RESPONSE:


Respectfully submitted,

/S/T. Tod Mollaun
T. Tod Mollaun (0072216)
HORENSTEIN, NICHOLSON & BLUMENTHAL, L.P.A.
Attorney for Plaintiff(s)
124 East Third Street, Fifth Floor
Dayton, Ohio 45402
Telephone:      (937) 224-7200
Facsimile:      (937) 224-3353
tmollaun@hnb-law.com

11

## <u>AFFIDAVIT</u>

_____, being first duly sworn, deposes and says that the answers to the foregoing Interrogatories and Request for Production are true as ___ verily believes.

_____
**AFFIANT**

STATE OF _____          )
                                        )     SS.
COUNTY OF _____       )

Sworn to and subscribed this ___ day of _____, 202_.

_____
**NOTARY PUBLIC**

12