UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELA ZARAGOZA,

    Plaintiff,

vs.

AUTO-OWNERS INSURANCE
COMPANY,

    Defendant.

Case No. 3:25-cv-96

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT MOTION TO STAY THE CASE (Doc. No. 10); (2) STAYING THE CASE FOR FORTY-FIVE DAYS; AND (3) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY JUNE 25, 2025**

---

    This civil case is before the Court upon the parties' unopposed, joint motion for stay of proceedings while an examination under oath of Plaintiff Angela Zaragoza is conducted.  Doc. No. 10.  For good cause shown, the Court **GRANTS** the parties' motion and **STAYS** the case for **forty-five (45) days**.  Finally, the Court **REQUIRES** the parties to file a joint status report by **June 25, 2025**.

    **IT IS SO ORDERED.**

May 7, 2025                                             s/*Michael J. Newman*
                                                               Hon. Michael J. Newman
                                                               United States District Judge