# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ANGELA ZARAGOZA, | Case No. 3:25-cv-96 |
| Plaintiff, | |
| vs. | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| AUTO-OWNERS INSURANCE COMPANY, | |
| Defendant. | |

# ORDER

This case is before the Court upon the parties' Joint Status Report (Doc. #13).  The parties indicate that they have ongoing discovery issues to address and ask that the Court continue the stay previously entered in this case an additional thirty (30) days.  (Doc. #13).  The parties' request to continue the stay (Doc. #13) is hereby **GRANTED**.  The parties shall file a joint status report by **July 21, 2025**.

IT IS SO ORDERED.

June 16, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge