# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANGELA ZARAGOZA, | : | Case No. 3:25-cv-96 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| AUTO-OWNERS INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

This case is before the Court upon the parties' Joint Status Report (Doc. #15). The parties indicate that they have ongoing discovery issues to address and ask that the Court continue the stay previously entered in this case an additional forty-five (45) days. (Doc. #15). The parties' request to continue the stay (Doc. #15) is hereby **GRANTED**. The parties shall file a joint status report by **September 4, 2025**.

IT IS SO ORDERED.

July 25, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge