UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELA ZARAGOZA,

    Plaintiff,

vs.

AUTO-OWNERS
INSURANCE COMPANY,

    Defendant.

Case No. 3:25-cv-96

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT MOTION TO REMAND THIS CASE TO STATE COURT (Doc. No. 17); (2) REMANDING THE CASE TO THE COURT OF COMMON PLEAS FOR CLARK COUNTY, OHIO; (3) DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AS MOOT (Doc. No. 8); AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

Plaintiff Angela Zaragoza initiated this case in the Court of Common Pleas for Clark County, Ohio. Doc. No. 1-1 at PageID 5. On March 25, 2025, Defendant Auto-Owners Insurance Company removed the case to this Court, asserting diversity jurisdiction under 18 U.S.C. § 1332(a). Doc. No. 1 at PageID 1-3; *see* 28 U.S.C. § 1441(a).

This case is presently before the Court upon the parties' unopposed, joint motion to remand this case to state court. Doc. No. 17. In their motion, the parties agree "the amount in controversy claimed is $31,843.03." *Id.* at PageID 115.

Based upon the Court's review of the record, in addition to the parties' unopposed, joint motion, the Court finds the above $75,000 amount-in-controversy requirement of diversity jurisdiction is not met. *See Stryker Emp. Co., LLC v. Abbas*, 60 F.4th 372, 380-81 (6th Cir. 2023). The Court therefore (1) **GRANTS** the parties' unopposed, joint motion to remand this case to state court due to lack of subject matter jurisdiction; (2) **REMANDS** this case to the Court of Common

Pleas for Clark County, Ohio; (3) **DENIES AS MOOT** Defendant's motion for judgment on the pleadings (Doc. No. 8); and (4) **TERMINATES** this case on the docket.

    **IT IS SO ORDERED.**

August 20, 2025                          s/*Michael J. Newman*
                                             Hon. Michael J. Newman
                                             United States District Judge